**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-37987 |
| | ) | CHAPTER 7 |
| COLLEEN F. MCGEE | ) | |
| Debtor(s). | ) | JUDGE PAMELA HOLLIS |
| | ) | (Joliet) |

**NOTICE OF MOTION**

To:   See Attached Service List

**TRUSTEE'S CERTIFICATE OF SERVICE FOR
NOTICE OF TRUSTEE'S FINAL REPORT**

**PROOF OF SERVICE**

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 31st day of July, 2017, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                                 */s/ Peter N. Metrou*
                                                                 **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

# SERVICE LIST

**Sent Via First-Class**

(p)CHOICE RECOVERY INC
1550 OLD HENDERSON ROAD
STE 100
COLUMBUS OH 43220-3662

Berks Credit & Coll
900 Corporate Dr
Reading, PA 19605-3340

Colleen F. McGee
959 Ontario Dr.
Romeoville, IL 60446-3964

Credit Coll
Po Box 9134
Needham, MA 02494-9134

Creditors Collection B
Pob 63
Kankakee, IL 60901-0063

Eos Cca
Po Box 981008
Boston, MA 02298-1008

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Gerald Bauer Jr
Law Offices of Gerald Bauer Jr.
400 N. Schmidt Rd., Ste. 207
Bolingbrook, IL 60440-1795

Ronald M. Kas
c/o John Zahora & Carly Trenhaile
2272 West 95th St.
Suite 200
Naperville, IL 60564

Merchants Credit Guide
223 W Jackson Blvd Ste 4
Chicago, IL 60606-6914

Prestige Financial Svc
P O Box 26707
Salt Lake City, UT 84126-0707

Resurgence Financial
1161 Lake Cook Rd., Ste. E
Deerfield, IL 60015-5277

Richard Martin
1051 Parkside Rd.
Naperville, IL 60540-6816

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716-3314

Stellar Recovery Inc
1327 Hwy 2 W
Kalispell, MT 59901-3413

The Shindler Law Firm
c/o Calvary Portfolio Services
1990 E. Algonquin Rd., Ste. 180
Schaumburg, IL 60173-4164

Letty Elwood
901 S. Hamilton St.
Lockport, IL 60441

**Sent Via ECF**

Patrick S. Layng
Office of the U.S. Trustee, Region 11
219 S. Dearborn St.
Room 873
Chicago, IL 60604

U.S. Bankruptcy Court
Eastern Division
219 S. Dearborn 7 Floor
Chicago, IL 60604

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
COLLEEN F. MCGEE                    §      Case No. 15-37987
                                    §
         Debtor                     §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            219 S. Dearborn Street
            Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/01/2017 in Courtroom ,
            Joliet City Hall
            150 West Jefferson Street, 2nd Floor
            Joliet, Illinois 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/31/2017                    By: /s/ Peter N. Metrou
                                                    Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| COLLEEN F. MCGEE | § | Case No. 15-37987 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 247,864.68 |
| and approved disbursements of | $ | 232,283.39 |
| leaving a balance on hand of[1] | $ | 15,581.29 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou | $ 7,000.00 | $ 0.00 | $ 7,000.00 |
| Trustee Expenses: Peter N. Metrou | $ 175.36 | $ 0.00 | $ 175.36 |
| Accountant for Trustee Fees: Robbins & Diamond Kutchins | $ 841.50 | $ 0.00 | $ 841.50 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 8,016.86 |
| Remaining Balance | $ | 7,564.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,509.16 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 29.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PRESTIGE FINANCIAL SVC | $ 10,666.05 | $ 0.00 | $ 3,162.89 |
| 2 | ATLAS ACQUISITIONS LLC (NATIONAL-PAYDAYLOAN.COM) | $ 444.00 | $ 0.00 | $ 131.66 |
| 3 | CAVALRY SPV I, LLC | $ 11,213.21 | $ 0.00 | $ 3,325.14 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 2,087.21 | $ 0.00 | $ 618.94 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 1,098.69 | $ 0.00 | $ 325.80 |

Total to be paid to timely general unsecured creditors $ 7,564.43

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Peter N. Metrou
Chapter 7 Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington St.*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.