UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
COLLEEN F. MCGEE                    §    Case No. 15-37987
                                    §
         Debtor                     §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 12,001.00 *(Without deducting any secured claims)* | Assets Exempt: 19,250.00 |
| Total Distributions to Claimants: 161,912.06 | Claims Discharged Without Payment: 62,674.73 |
| Total Expenses of Administration: 70,952.62 | |

3) Total gross receipts of $ 247,864.68 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 232,864.68 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 15,728.00 | $ 154,347.63 | $ 154,347.63 | $ 154,347.63 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 32,155.81 | 32,155.81 | 32,155.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 38,796.81 | 38,796.81 | 38,796.81 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 40,454.00 | 25,509.16 | 25,509.16 | 7,564.43 |
| **TOTAL DISBURSEMENTS** | $ 56,182.00 | $ 250,809.41 | $ 250,809.41 | $ 232,864.68 |

    4)  This case was originally filed under chapter 7 on  11/06/2015 .  The case was pending for 24 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated:  10/11/2017            By:/s/Peter N. Metrou, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 959 ONTARIO DR. ROMEOVILLE IL 60446 SINGLE FAMILY | 1110-000 | 247,864.68 |
| **TOTAL GROSS RECEIPTS** | | **$247,864.68** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Chicago Title & Trust Company | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Prestige Financial Svc P O Box 26707 Salt Lake City, UT 84126 | | 15,728.00 | NA | NA | 0.00 |
| | Chicago Title & Trust Company | 4110-000 | NA | 146,347.63 | 146,347.63 | 146,347.63 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Title & Trust Company | 4120-000 | NA | 8,000.00 | 8,000.00 | 8,000.00 |
| TOTAL SECURED CLAIMS | | | $ 15,728.00 | $ 154,347.63 | $ 154,347.63 | $ 154,347.63 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 7,000.00 | 7,000.00 | 7,000.00 |
| Peter N. Metrou | 2200-000 | NA | 175.36 | 175.36 | 175.36 |
| Chicago Title & Trust Company | 2500-000 | NA | 11,598.45 | 11,598.45 | 11,598.45 |
| Associated Bank | 2600-000 | NA | 215.50 | 215.50 | 215.50 |
| Robbins & Diamond Kutchins | 3410-000 | NA | 841.50 | 841.50 | 841.50 |
| Chicago Title & Trust Company | 3510-000 | NA | 12,325.00 | 12,325.00 | 12,325.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 32,155.81 | $ 32,155.81 | $ 32,155.81 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Title & Trust Company | 6990-002 | NA | 38,796.81 | 38,796.81 | 38,796.81 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 38,796.81 | $ 38,796.81 | $ 38,796.81 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Berks Credit & Coll 900 Corporate Dr Reading, PA 19605 | | 1,402.00 | NA | NA | 0.00 |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | 220.00 | NA | NA | 0.00 |
| | Choice Recovery 1550 Old Henderson Rd St Columbus, OH 43220 | | 480.00 | NA | NA | 0.00 |
| | Credit Coll Po Box 9134 Needham, MA 02494 | | 144.00 | NA | NA | 0.00 |
| | Creditors Collection B Pob 63 Kankakee, IL 60901 | | 914.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Premier Bank 3820 N Louise Ave Sioux Falls, SD 57107 | | 444.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 3,792.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 139.00 | NA | NA | 0.00 |
| | Merchants Credit Guide 223 W Jackson Blvd Ste 4 Chicago, IL 60606 | | 223.00 | NA | NA | 0.00 |
| | Resurgence Financial 1161 Lake Cook Rd., Ste. E Deerfield, IL 60015 | | 20,046.00 | NA | NA | 0.00 |
| | State Collection Servi 2509 S Stoughton Rd Madison, WI 53716 | | 1,005.00 | NA | NA | 0.00 |
| | Stellar Recovery Inc 1327 Hwy 2 W Kalispell, MT 59901 | | 193.00 | NA | NA | 0.00 |
| 2 | ATLAS ACQUISITIONS LLC (NATIONAL-PAYDAYLOAN.COM) | 7100-000 | NA | 444.00 | 444.00 | 131.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CAVALRY SPV I, LLC | 7100-000 | 10,400.00 | 11,213.21 | 11,213.21 | 3,325.14 |
| 1 | PRESTIGE FINANCIAL SVC | 7100-000 | NA | 10,666.05 | 10,666.05 | 3,162.89 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 2,087.21 | 2,087.21 | 618.94 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | 1,052.00 | 1,098.69 | 1,098.69 | 325.80 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 40,454.00 | $ 25,509.16 | $ 25,509.16 | $ 7,564.43 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-37987 | BWB | Judge: | Bruce W. Black | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | COLLEEN F. MCGEE | | | | Date Filed (f) or Converted (c): | 11/06/2015 (f) |
| | | | | | 341(a) Meeting Date: | 12/07/2015 |
| For Period Ending: | 10/11/2017 | | | | Claims Bar Date: | 04/22/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 959 ONTARIO DR. ROMEOVILLE IL 60446 SINGLE FAMILY | 250,000.00 | 246,500.00 | | 247,864.68 | FA |
| 2. LOCATED IN DEBTOR'S POSSESSION. | 500.00 | 0.00 | | 0.00 | FA |
| 3. VARIOUS USED HOUSEHOLD GOODS AND FURNISHINGS, NOTH | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. USED CLOTHING. | 250.00 | 0.00 | | 0.00 | FA |
| 5. USED JEWELRY. | 500.00 | 0.00 | | 0.00 | FA |
| 6. DEBTOR'S ESTIMATED 2015 INCOME TAX REFUND | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. 2014 KIA OPTIMA IN VERY GOOD CONDITION WITH APPROX | 12,000.00 | 0.00 | | 0.00 | FA |
| 8. TWO (2) DOMESTIC CATS. | 1.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $266,251.00 | $246,500.00 | | $247,864.68 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Motion to employ real estate attorney entered on 1/21/2016 see Dkt# 17. Motion to employ real estate broker entered on 2/1/2016 see Dkt# 21. Motion to sell real property entered on 1/23/2016 see Dkt. 20. Order altering order to sell entered on 8/12/2016 see Dkt# 28. Motion to employ accountant entered on 10/7/2016 see Dkt# 32. Working on tax returns and claims review.

RE PROP #    1  --  Sale of Real Estate approved by court on 1-29-2016.

Initial Projected Date of Final Report (TFR): 12/01/2016    Current Projected Date of Final Report (TFR): 04/01/2017

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-37987 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: COLLEEN F. MCGEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5702 |
| | Checking |
| Taxpayer ID No: XX-XXX4103 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | | Chicago Title & Trust Company<br>2738 Caton Farm Road<br>Joliet, IL 60431 | Proceeds from Real Estate liquidation | | $14,432.11 | | $14,432.11 |
| | | | Gross Receipts  $246,500.00 | | | | |
| | | | Mortgage Payoff  ($146,347.63) | 4110-000 | | | |
| | | | Surplus to Co-Owner  ($38,796.81) | 6990-002 | | | |
| | | | Debtor's Homestead Exemption  ($15,000.00) | 8100-002 | | | |
| | | | Settlement With Calvary  ($8,000.00) | 4120-000 | | | |
| | | | Real Estate Broker Commission  ($12,325.00) | 3510-000 | | | |
| | | | Closing Costs  ($11,598.45) | 2500-000 | | | |
| | 1 | | 959 ONTARIO DR. ROMEOVILLE IL 60446 SINGLE FAMILY  $246,500.00 | 1110-000 | | | |
| 08/30/16 | 1 | Chicago Title Insruance Company<br>2738 Caton Farm Rd<br>Joliet, IL 60431 | Proceeds from Real Estate liquidation<br>Escrow refund for overpayment of taxes-2nd installment and interest on mortgage payoff. See revised settlement statement attached in file. | 1110-000 | $1,364.68 | | $15,796.79 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $15,786.79 |
| 10/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.71 | $15,764.08 |
| 11/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.44 | $15,740.64 |
| | | | Page Subtotals: | | $15,796.79 | $56.15 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 15-37987 | Trustee Name: | Peter N. Metrou, Trustee | |
| Case Name: | COLLEEN F. MCGEE | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX5702 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX4103 | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 10/11/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.65 | $15,717.99 |
| 01/09/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.37 | $15,694.62 |
| 02/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.34 | $15,671.28 |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.04 | $15,650.24 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.27 | $15,626.97 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.48 | $15,604.49 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.20 | $15,581.29 |
| 09/05/17 | 1001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | $7,175.36 | $8,405.93 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($7,000.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. ($175.36) | 2200-000 | | | |
| 09/05/17 | 1002 | Robbins & Diamond Kutchins<br>1101 Perimeter Drive<br>Suite 760<br>Schaumburg, IL 60173 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $841.50 | $7,564.43 |
| 09/05/17 | 1003 | PRESTIGE FINANCIAL SVC<br>P O BOX 26707<br>SALT LAKE CITY, UT 84126 | Final distribution to claim 1 representing a payment of 29.65 % per court order. | 7100-000 | | $3,162.89 | $4,401.54 |

| | Page Subtotals: | $0.00 | $11,339.10 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-37987 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: COLLEEN F. MCGEE | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5702 |
| | Checking |
| Taxpayer ID No: XX-XXX4103 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 10/11/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/17 | 1004 | ATLAS ACQUISITIONS LLC (NATIONAL-PAYDAYLOAN.COM)<br>294 UNION ST.<br>HACKENSACK, NJ 07601 | Final distribution to claim 2 representing a payment of 29.65 % per court order. | 7100-000 | | $131.66 | $4,269.88 |
| 09/05/17 | 1005 | CAVALRY SPV I, LLC<br>500 SUMMIT LAKE DRIVE, STE 400<br>VALHALLA, NY 10595 | Final distribution to claim 3 representing a payment of 29.65 % per court order. | 7100-000 | | $3,325.14 | $944.74 |
| 09/05/17 | 1006 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY ASSET PURCHASING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 4 representing a payment of 29.65 % per court order. | 7100-000 | | $618.94 | $325.80 |
| 09/05/17 | 1007 | QUANTUM3 GROUP LLC AS AGENT FOR<br>GALAXY ASSET PURCHASING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 5 representing a payment of 29.65 % per court order. | 7100-000 | | $325.80 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $15,796.79 | $15,796.79 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,796.79 | $15,796.79 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,796.79 | $15,796.79 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $4,401.54 |

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5702 - Checking | $15,796.79 | $15,796.79 | $0.00 |
|  | $15,796.79 | $15,796.79 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $232,067.89 |
|---|---|
| Total Net Deposits: | $15,796.79 |
| Total Gross Receipts: | $247,864.68 |

Page Subtotals:  $0.00  $0.00